AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| HANNAH HARRIS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 17-95 |
| AUTO SYSTEMS CENTERS, INC., et al. | ) |
| *Defendant* | ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ **the plaintiff** *(name)* Hannah Harris recover from the defendant *(name)* Auto Systems Centers, Inc. and Ken Shick the amount of Five hundred ten thousand dollars dollars ($ 510,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Cathy Bissoon presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 2/20/20

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*